10:00　16-3052 rld ap　　TAJ Development Group, LLC v. Hooson
(1)　15-32847　　　　　　Motion for Temporary Restraining Order
　　　　　　　　　　　　　Filed by Plaintiff TAJ Development Group, LLC
sign in sheet　　　　　　(RIETMANN, NATHAN) (4)
attached
　　　　　　　　　　　　　TAJ Development Group, LLC - pla　NATHAN RIETMANN
(2) 16-3053 rld　　Steigman et al v. Young et al
　　　　　　　　　Status Hearing re Notice of Removal (1)
　　　　　　　　　　　　　　　　　　　　　　　　　EJ Simmons
　　　　　　　　　　　　　　　　　　　　　　　　　Nathan Rietmann

Evidentiary Hearing:　　　Yes: ☒　　No: ☐

---

Court pre-admitted Plaintiff's Exhibits 1 and 3-25 and
　　Defendant's Exhibits A-D and F thru Q

Following discussion, the Court granted the Motion for TRO as to the first bundle of relief requested by Plaintiff.

Mr. Reitmann to prepare order, approved as to form by Mr. Field and Mr. Fisher.

Court to enter a Rule 26 Order.

Parties will confer today to determine if they would like a settlement conference and to determine how long and what date an evidentiary hearing re Preliminary Injunction should be scheduled.

---

Order to be prepared by: ☒ Clerk's Office　☐ Chamber　☒ Mr. Reitmann
　　　　　　　　　　　　　　(CRD)
**OD3 - Dismissal Order**
　　#1 _____ Settled _Rule 26_ (21) days.
　　　　　　　　　　　　　Order
　　#2 _____ to Prepare Judgement/order _____ (21) days.
　　#3 _____ No answer _____ (21) days.

**OFRCP - Rule 26 Order**
　　#1 _____ Planning Conf. by ____-____-____ / Conf. Report by ____-____-____.
　　#2 _____ Planning Conf. by ____-____-____ / No report.
　　#3 _____ Discovery can proceed.
　　#4 _____ No Planning Conf./Initial disclosures by ____-____-____.
　　#5 _____ Discovery limited to _____.

Docket Entry:

Run Date:　　05/04/16

Case 16-03052-rld　Doc 10　Filed 05/05/16

**In Re:**
1) TAJ Development v Hooson
2) Stegman v Young et al

Debtor

**Case #**
1) 16-3052
2) 16-3053

## List of Persons Attending

Date of Hearing  5/5/16

| PRINT YOUR NAME | PRINT NAME OF BUSINESS OR PERSON YOU REPRESENT |
|---|---|
| Nathan Rietmann | Taj Development Group LLC |
| Jim Shipley | Hooson, Paul |
| Joe Field | Stegman / Sathers |
| E. J. Simmons | " " |
| Tyler Young | Tyler Young |
| Audrey Jackson | |
| John S Sather | JOHN S. SATHER |
| Amy Stegman | Amy Stegman |
| Paul Hooson | Paul Hooson, Debtor |
| Jack Fisher | CH 13 Trustee |
| Terry Kimmons | Terry D. K. |